IN THE MATTER OF THE CONTRACT FOR ROUTE 280
SECTION 7U, EXIT PROJECT.

October 6, 1981.

Petition for certification granted.

DR. MADIS LABORATORIES, INC. v. ARTHUR C. CURRAN.

October 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY PEPPERS.

October 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER WILLIAMS.

October 6, 1981.

Petition for certification denied.